HERMAN KUHTNICK, ADMINISTRATOR, APPELLANT, V. PETER CAREY ET AL., APPELLEES.

FILED APRIL 25, 1933. No. 28693.

*Robins & Yost,* for appellant.

*R. A. Robinson* and *Cook & Cook, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

EBERLY, J.

This is a companion case to *Kuhtnick v. Carey,* p. 762,

*post.* It involves the same facts and is controlled by the opinion in that case.

AFFIRMED.